**RAILWAY LABOR EXECUTIVES ASSOCIATION, et al., Plaintiffs–Appellants,**

v.

**The CITY OF GALVESTON, TEXAS, acting By and Through The BOARD OF TRUSTEES OF the GALVESTON WHARVES, Defendants–Appellees.**

No. 87–6169.

United States Court of Appeals, Fifth Circuit.

Aug. 28, 1989.

William J. Birney, Highway & Mahoney, Washington, D.C., for plaintiffs-appellants.

Ralph J. Moore, Jr., Shea & Gardner, Washington, D.C., for amicus curiae: National Ry. Labor Conference.

A.L. Dent, III, Fulbright & Jaworski, Houston, Tex., Benjamin R. Powel, McLeod, Alexander, Powel & Apffel, Galveston, Tex., for City of Galveston, Texas.

Kelvin J. Dowd, Donald G. Avery, Slover & Loftus, Washington, D.C., for Galveston Ry.

■■■

ON REMAND FROM THE SUPREME COURT OF THE UNITED STATES

Before RUBIN, POLITZ, and DUHE, Circuit Judges.

PER CURIAM

Considering the judgment of the Supreme Court of the United States in *City of Galveston, Texas, v. Railway Labor Executives' Association*, —— U.S. ——, 109 S.Ct. 3207, 106 L.Ed.2d 559 (1989), the case is remanded to the district court with instructions to deny the request for an injunction and for such other action, if any, as may be consistent with the opinion of the Supreme Court in *Pittsburgh & Lake Erie Railroad Co. v. Railway Labor Exec-*

*utives' Association,* —— U.S. ——, 109 S.Ct. 2584, 105 L.Ed.2d 415 (1989).